IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**CLAYTON YOUNG and**
**LOUIS WILLIAMS,** *Individually, and on*
*behalf of others similarly situated,*

 Plaintiffs,

**v.**                                                                   No. 2:22-cv-02243-JPM-atc

**MONITRONICS INTERNATIONAL, INC.,**
*d/b/a* **BRINKS HOME, BRINKS HOME**
**SECURITY, MONI, MONI SMART**
**SECURITY,**                                                     FLSA Collective Action
                                                                              **JURY DEMANDED**
Defendant.

---

## NOTICE OF SETTLEMENT

---

Pursuant to Local Rule 83.13, the Plaintiffs notify the Court that the parties have reached a settlement. The parties are working to draft and finalize the agreement, and will submit dismissal documents promptly thereafter, or within twenty-eight (28) from the filing of this Notice.

Dated: December 20, 2023                    Respectfully Submitted,

                                                                  */s/J. Russ Bryant*
                                                                  J. Russ Bryant (TN BPR #33830)
                                                                  **JACKSON SHIELDS YEISER HOLT**
                                                                  **OWEN & BRYANT**
                                                                  Attorneys at Law
                                                                  262 German Oak Drive
                                                                  Memphis, Tennessee 38018
                                                                  Telephone: (901) 754-8001
                                                                  Facsimile: (901) 754-8524
                                                                  *rbryant@jsyc.com*

                                                                  **ATTORNEY FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

   I hereby certify that I have on this the 20th day of December, 2023, caused the forgoing Notice of Settlement to be filed via the Court's electronic case filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

Jay M. Wallace (admitted pro hac vice)
Texas Bar No. 20769200
jwallace@bellnunnally.com
Brent D. Hockaday (admitted pro hac vice)
Texas Bar No. 24071295
bhockaday@bellnunnally.com
Sydnie A. Shimkus (admitted pro hac vice)
Texas Bar No. 24093783
sshimkus@bellnunnally.com
**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel: (214) 740-1400
Fax: (214) 740-1499

And

Joshua L. Burgener
Tennessee Bar No. 29077
JBurgener@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 800
Nashville, TN 37219
Tel: (615) 620-1757
Fax: (844) 670-6009

**ATTORNEYS FOR DEFENDANT**

                *s/J. Russ Bryant*