IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CLAYTON YOUNG and LOUIS WILLIAMS, individually, on behalf of themselves of and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONITRONICS INTERNATIONAL, INC. d/b/a BRINKS HOME, BRINKS HOME SECURITY, MONI, and MONI SMART SECURITY,<br><br>Defendant. | Case No. 2:22-cv-02243-JPM-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Joint Notice of Voluntary Dismissal With Prejudice, filed on January 31, 2024 (ECF No. 48), and the Court having entered an Order of Dismissal (ECF No. 49),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  February 1st, 2024
Date